BERTRAND CLOVER, Jr., *Respondent, v.* THE BOYNTON SAW AND FILE COMPANY, *Appellant, Impleaded, etc.* — Interlocutory judgment of sale affirmed, with costs. Opinion by BARNARD, P. J.; PRATT, J., not sitting.

ELIXES RATEL, *Respondent, v.* ELIZABETH RATEL, *Appellant.* — Order refusing to vacate order of publication affirmed, with costs and disbursements. Opinion by PRATT, J.; BARNARD, P. J., not sitting.

JOHN ADAMS and EDMUND LANG, *Appellants, v.* THE NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY, *Respondent.* — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.; PRATT, J., not sitting.

ARTHUR I. GRIGGS, *Plaintiff and Appellant, v.* JOHN S. BROOKS, *Defendant.* (DANFORTH BECKER, *the Attorney, Respondent.*) — Order reversed, with costs and disbursements. Costs granted to the appellant on the trial before the referee. Opinion by BARNARD, P. J.